UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                                 Bky. No.: 10-38894
                                                                                                     Chapter 12 Case

Minnesota Valley Landscape, Inc.
                Debtor.

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEYS
FOR DEBTOR**

1.        Applicant is the Debtor in this matter.

2.        Applicant believes that the employment of attorneys is necessary to represent and assist the Debtor in fulfilling general obligations as Chapter 12 Debtor.

3.        The Debtor desires to employ Kurt M. Anderson as its attorney. Mr. Anderson's of-counsel colleagues, Brian L. Boysen and Mark R. Miller, may also render services in this case. Mr. Boysen has performed of counsel services for Mr. Anderson since 2000, and Mr. Miller during 2001-06 and 2009-present, and both are frequently identified to the public as of counsel to Mr. Anderson. The address, including zip code, of the professional is:

> Kurt M. Anderson
> Attorney at Law
> PO Box 2434
> Minneapolis, Minnesota 55402-0434.

4.        The compensation is proposed to be as follows: $250.00 per hour for Kurt M. Anderson, up to that amount for other attorneys, up to $125.00 per hour for law clerk time if any, up to $125.00 per hour for legal assistants, plus expenses, all subject to review and allowance by this Court. All services and expenses will be billed through Mr. Anderson's accounts.

5.        Said professionals have disclosed to the Debtor the following connection with the Debtor, creditors or any other party-in-interest or their attorneys or accountants, or the United States Trustee or any other person employed in the Office of the United States Trustee:

(a) They have the following previous connection with the Debtor: Except for advice and preparation related to this case and a state foreclosure proceeding and except for Brian L. Boysen being an occasional customer at the retail location; none.

(b) They have the following relationships with the known creditors in this case, as listed on the attachment hereto:
    (i) As a result of a life insurance policy he surrendered many years ago, Mr. Anderson still has a minute shareholder interest in Metropolitan Life Insurance Co.;
    (ii) They pay taxes and and have personal or professional matters with several of the various Minnesota and Federal tax and other agencies or entities listed as creditors;
    (iii) Mr. Boysen has several accounts with US Bank and related entities;
    (iv) One or more of them have been or are customers of various creditors listed including Holiday, Miller Davis, Sams Club, Speedway Super America, Star Tribune, Sprint, Home Depot, Kwik Trip, Office Max;
    (v) Mr. Boysen is involved in an Iowa Farm Corporation that has financed equipment with a CNH entity. He has no direct relationship with that creditor.
    (vi) To the best of Mr. Miller's recollection, he represented U.S. Bank (or its predecessors) in one matter prior to 2006.

(c) They have various adverse counsel relationships in previous cases with attorneys and accountants for persons and entities described in paragraphs 3 a-c of their declarations, and Mr. Boysen was employed for a period of time in 1975 to 1979 with the law firm now known as Gray, Plant, Mooty, Mooty & Bennett, P.A.

(d) They have had various adverse relationships with the United States Trustee's office and persons employed by the United States Trustee in previous cases.

WHEREFORE, Applicant prays that the Court approve such employment of counsel by the Debtor.

Minnesota Valley Landscape, Inc.

Dated: Dec. 20, 2010

By: _Susan R Lindstrom_
(printed name:) Susan R. Lindstrom
Its: Vice President

(a) They have the following previous connection with the Debtor: Except for advice and preparation related to this case and a state foreclosure proceeding and except for Brian L. Boysen being an occasional customer at the retail location; none.

(b) They have the following relationships with the known creditors in this case, as listed on the attachment hereto:
   (i) As a result of a life insurance policy he surrendered many years ago, Mr. Anderson still has a minute shareholder interest in Metropolitan Life Insurance Co.;
   (ii) They pay taxes and and have personal or professional matters with several of the various Minnesota and Federal tax and other agencies or entities listed as creditors;
   (iii) Mr. Boysen has several accounts with US Bank and related entities;
   (iv) One or more of them have been or are customers of various creditors listed including Holiday, Miller Davis, Sams Club, Speedway Super America, Star Tribune, Sprint, Home Depot, Kwik Trip, Office Max;
   (v) Mr. Boysen is involved in an Iowa Farm Corporation that has financed equipment with a CNH entity. He has no direct relationship with that creditor.
   (vi) To the best of Mr. Miller's recollection, he represented U.S. Bank (or its predecessors) in one matter prior to 2006.

(c) They have various adverse counsel relationships in previous cases with attorneys and accountants for persons and entities described in paragraphs 3 a-c of their declarations, and Mr. Boysen was employed for a period of time in 1975 to 1979 with the law firm now known as Gray, Plant, Mooty, Mooty & Bennett, P.A.

(d) They have had various adverse relationships with the United States Trustee's office and persons employed by the United States Trustee in previous cases.

WHEREFORE, Applicant prays that the Court approve such employment of counsel by the Debtor.

                                                         Minnesota Valley Landscape, Inc.

Dated: _____

                                                        By:_____

                                    (printed name:) _____

                                                        Its: _____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re                                                                                               Bky. No.: 10-38894
                                                                                                    Chapter 12 case
Minnesota Valley Landscape, Inc.,
        Debtor.

**DECLARATION OF PROPOSED ATTORNEY**

Kurt M. Anderson respectfully states to the Court as follows:

1. I am the attorney the Debtor proposes to retain as counsel in the above matter. My of-counsel colleagues, Brian L. Boysen and Mark R. Miller, may also render services in this case. Mr. Boysen has performed of counsel services for me since 2000, and Mr. Miller during 2001-06 and 2009-present, and both are frequently identified to the public as of counsel to me.

2. The professional services that we would render would be to assist and represent Debtor in present case, and in fulfilling general obligations as Chapter 12 Debtor.

3. Except as indicated below, I represent no other entity in connection with this case, I am disinterested as that term is defined in 11 U.S.C. section 101 (14), and represent and hold no interest adverse to the interest of the estate with respect to the matters on which I am to be employed. Specifically:

a. I have the following previous connection with the Debtor: Except for advice and preparation related to this case and a state foreclosure proceeding, none.

b. I have the following relationships with the known creditors in this case, as listed on the attachment hereto:

  (a) As a result of a life insurance policy I surrendered many years ago, I still have a minute shareholder interest in Metropolitan Life Insurance Co.

  (b) I pay taxes to the taxing authorities listed.

  (c) I have been or presently am a customer of various creditors listed on the attachment including Holiday, Miller Davis, Sams Club, Speedway Super America, Star Tribune, Home Depot, Kwik Trip and Office Max.

Otherwise, None.

c.  I have the following relationship with any other party who may have an interest in this case:  None.

d.  To the best of my knowledge, I have no relationships with any attorney or accountant for any of the persons described in paragraphs 3(a-c) above, except as follows:

Except for various adverse counsel relationships in previous cases, none.

e.  I have no known relationship with the United States Trustee or anyone employed by the United States Trustee, except as follows:

Except for various adverse counsel relationships in previous cases, none.

4. I expect to be compensated at the rate of $250.00 per hour for myself, up to that amount for other attorneys, up to $125.00 per hour for law clerk time if any, up to $125.00 per hour for legal assistants, plus expenses, all subject to review and allowance by this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2010        /e/ Kurt M. Anderson
                                KURT M. ANDERSON

Attachment(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re Bky. No.: 10-38894
 Chapter 12 case
Minnesota Valley Landscape, Inc.
 Debtor.

DECLARATION OF PROPOSED CO-COUNSEL

Brian L. Boysen respectfully states to the Court as follows:

1. I am proposed co-counsel with Kurt M. Anderson, the attorney the Debtor proposes to retain as counsel in the above matter. I work as "of counsel" to Mr. Anderson, and frequently identify myself to the public in that capacity. The terms of my of counsel relationship with Mr. Anderson are described in paragraph 4 herein.

2. The professional services that I would render are as follows:
a. Assist and represent Debtor in present case, and in fulfilling general obligations as a Chapter 12 Debtor;

3. Except as indicated below, I represent no other entity in connection with this case, I am disinterested as that term is defined in 11 U.S.C. section 101 (14), and represent and hold no interest adverse to the interest of the estate with respect to the matters on which I am to be employed. Specifically:

a. I have the following previous connection with the Debtors: Except for being an occasional customer at the retail location and contact regarding the farm debt matters and preparation related to this case, none.

b. I have the following relationships with the known creditors in this case, as listed on the attachment hereto:

> I have been or presently am a customer of various creditors listed on the attachment including Holiday, Miller Davis, Sams Club, Speedway Super America, Star Tribune, Sprint, Home Depot, Kwik Trip, Office Max and currently have several accounts including checking, saving, credit and debit cards and mortgage loans with US Bank and related entities.

> I pay taxes and have personal or professional matters with several of the various Minnesota and Federal tax and other agencies or entities listed as creditors.

I am involved in an Iowa Farm Corporation that has financed equipment with a CNH entity. I have no direct relationship with that creditor.

Otherwise, None.

c. I have the following relationship with any other party who may have an interest in this case: Except as stated above, none.

d. To the best of my knowledge, I have no relationships with any attorney or accountant for any of the persons described in paragraphs 3(a-c) above, except as follows: Except for various adverse counsel relationships in previous cases and my employment for a period of time in 1975 to 1979 with the law firm now known as Gray, Plant, Mooty, Mooty & Bennett, P.A., none.

e. I have no known relationship with the United States Trustee or anyone employed by the United States Trustee, except as follows:

Except for various adverse counsel relationships in previous cases, none.

4. I expect to be compensated pursuant to a general "of counsel" arrangement that I have with Mr. Anderson, under which I contribute to overhead, receive reimbursement of expenses, and receive payments based on receipts allocated to my billable time and expenses. I expect my fees will be billed at the rate of $225 per hour all subject to review and allowance by this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2010          /e/ Brian L. Boysen
                                  BRIAN L. BOYSEN

Attachment(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re
        Minnesota Valley Landscape, Inc.
           Debtor.

Bky. No.: 10-38894
Chapter 12 case

# DECLARATION OF PROPOSED CO-COUNSEL

Mark R. Miller respectfully states to the Court as follows:

1. I am proposed co-counsel with Kurt M. Anderson, the attorney the Debtor proposes to retain as counsel in the above matter. I work as "of counsel" to Mr. Anderson, and frequently identify myself to the public in that capacity. The terms of my of counsel relationship with Mr. Anderson are described in paragraph 4 herein.

2. The professional services that I would render are as follows:
    Assist and represent Debtor in present case, and in fulfilling general obligations as a Chapter 12 Debtor;

3. Except as indicated below, I represent no other entity in connection with this case, I am disinterested as that term is defined in 11 U.S.C. section 101 (14), and represent and hold no interest adverse to the interest of the estate with respect to the matters on which I am to be employed. Specifically:

a.    I had the following connections with the Debtor prior to the commencement of this case: None.

b.    I have the following relationships with the known creditors in this case, as listed on the attachment hereto:

    (1) I have been a subscriber and occasional customer of Minneapolis Star Tribune.

    (2) I have personal matters with the Minnesota and     Federal tax agencies or entities listed as creditors.

    (3) To the best of my recollection, I represented U.S. Bank (or its predecessors) in one matter prior to 2006.

1

Otherwise, None.

c. I have the following relationship with any other party who may have an interest in this case: Except as stated above, none.

d. To the best of my knowledge, I have no relationships with any attorney or accountant for any of the persons described in paragraphs 3(a-c) above, except as follows:

Except for various adverse counsel relationships in previous cases, none.

e. I have no known relationship with the United States Trustee or anyone employed by the United States Trustee, except as follows:

Except for an adverse party relationship with the U.S. Trustee in a previous case, none.

4. I expect to be compensated pursuant to a general "of counsel" arrangement that I have with Mr. Anderson, under which I contribute to overhead, receive reimbursement of expenses, and receive payments based on receipts allocated to my billable time and expenses. I expect my fees will be billed at the rate of $225 per hour all subject to review and allowance by this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2010   _/e/ Mark R. Miller _____
                           MARK R. MILLER

# Minnesota Valley Landscape, Inc.– Bky. No.: 10-38894 – Creditor and Related Party List

Allyn A. Lindstrom
Gladys B. Lindstrom
David A. Lindstrom
Susan R. Lindstrom
Cheryl L. Zilka
Minnesota Valley Wholesale, Inc.
MV Labor, Inc. dba Minnesota Valley Labor

Cap Financial CV3, LLC
Metropolitan Life Insurance Co.

AGASSIZ SEED & SUPPLY
Alarm Center
ALLENS SERVICE INC
AMSCAN
Aramark
AURORA LOAN SERVICES
Auto-Owners
BAILEY NURSERIES
BELLE PLAINE COOP
BENNETT, FRANCIS
Bergeson Caswell
BIXBY PORTABLE TOILET
BORK TREE FARM INC
CENTRAL IRRIGATION
Central Pension Fund (49ers)
CENTRAL TURF
CENTRAL WISC EVERGREENS
CHEROKEE MANUFACTURING
CITIZENS STATE BANK (Shakopee MN)
CNH CAPITAL
CONCRETE CUTTING & CORING
CONCRETE MOBILITY LLC
CRYSTAL CANYON - ECOWATER
DIGGERS INC
DISCOVERIES IN GARDENING
DRESSER TRAP ROCK
EILEN & SON TRUCKING
EVERGREEN ENTERPRISES, INC
EVERGREEN SANITATION
FERRELLGAS
FIRST DAKOTA INDEMNITY COMPANY
FOSTER CARLSON WHITE AGENCY
FOSTERS, INC
FRIEDGES LANDSCAPING
GARDENWORLD
GLEN P. BRUDER
GMS INDUSTRIAL SUPPLY
GREAT NORTHERN NURSERY
HANCE UTILITY SERVICES, INC
HOFFAMN WOOD FIBER LLC
HOFFMAN FILTER SERVICE
HOLASEK GREENHOUSES
HOLIDAY FLEET
HOLLAND BEAUTY
Home Depot
IDEARC MEDIA CORP
INTEGRA TELECOM
INTERNAL REVENUE SERVICE
ITML HORTICULTURAL PRODUCTS
JASPERS, MORIARITY AND WALBURG
JESSE & LAVERNE COGHILL
JILLIAM, LLC
JOE & JEANNE FREY
JOHN DEERE LANDSCAPES
JOSEPH MULLIN TRUCKING
KELLY FUELS INC
Kwik Trip
KRIS RATZLOFT
LEANN D COATS
LECHUZA
LIVINGSTON SEED CO
MAIN STREET PROPERTIES LLC
MARK VANDEPUTTE
MARY BROWN ESTATE
MEADOW LAKE NURSERY
MEDICA
MERDOT INC
MILLER DAVIS
MINNESOTA DEPARTMENT OF TRANSPORTATION
MINNETONKA DRIVE IN
MN DEPT REVENUE
MN VALLEY ELEC COOP
MN. DEPT. OF EMPLOYMENT AND ECONOMIC SEC
MNLA
MTI DISTRIBUTING
MULLIN TRUCKING INC
NEW ENGLAND POTTERY
Nextel/Sprint
Northern Leasing
NOVA COMMUNICATIONS
NYEN EXCAVATING
OBERLE, LTD
Office Max
OLE UNDERGROUND INC
OREGON PRIDE NURSERY, INC
PICHA, JAY & LAUREEN
PITNEY BOWES GLOBAL
PLAISTAD COMPANIES INC
PRIME SECURITY BANK
PRINCE CORP
PRINSBANK
RDN CONTRACTING INC
REGAN TAX LAW
RUMPCA COMPANIES INC
SAMS CLUB
SANDNESS CONSTRUCTION
SCOTT COUNTY DEPT. OF TAXATION
Siwek Lumber
SMITH GARDEN CENTER INC
SOUTH CEDAR
SPEEDWAY SUPER AMERICA
STAR TRIBUNE
TERRA
TESSMAN SEED
TOLL GAS & WELDING
TOPS, INC
TROPICAL GARDENS
UNDERGROUND LOGISTICS
US BANK
WALTERS GARDENS
WESTFIELD INSURANCE
WILCO IMPORTS INC
WILLOWWAY
YOCHUM OIL CO, INC
ZELENKA NURSERY, LLC

## Declaration of Service via e-Notice

Brian L. Boysen respectfully states that to the best of his knowledge, all parties entitled to service of the enclosed or concurrently filed:

APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEYS FOR DEBTOR
DECLARATION OF PROPOSED ATTORNEY (Anderson)
DECLARATION OF PROPOSED CO-COUNSEL (Boysen)
DECLARATION OF PROPOSED CO-COUNSEL (Miller)
Minnesota Valley Landscape, Inc.– Bky. No.: 10-38894 – Creditor and Related Party List

This proof of service
Proposed Order


will receive electronic e-mailed notice of filing, with a link to the copy thereof, from the court's CM/ECF server.

## VERIFICATION

I hereby declare under penalty of perjury that I have read the foregoing Declaration of Service and that the facts stated therein are true and correct.


| December 20, 2010 | /e/ Brian L. Boysen |
|---|---|
| | Brian L. Boysen |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:

Case No. 10-38894
Chapter 12 Case

Minnesota Valley Landscape, Inc.
         Debtor.

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS**

On December 20, 2010 Debtor filed an application for approval to employ Kurt M. Anderson and associated of counsel as its attorneys.

    Upon that Application, and for cause shown and pursuant to the provisions of Title 11, United States Code, Sec. 327.

    **IT IS ORDERED,**

    That the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11 United States Code 328.

    So ordered this \_\_\_\_ day of _____, 201\_.

                        **BY THE COURT:**

                        _____
                        Nancy C. Dreher
                        Chief United States Bankruptcy Judge